UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No. 08-cr-62-01-SM

Daniel Godlin

O R D E R

Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the October 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 1, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference: October 1, 2008 at 4:30 PM

Jury Selection:           October 7, 2008 at 9:30 AM

SO ORDERED.

July 24, 2008                    _____
                                 Steven J. McAuliffe
                                 Chief Judge

cc:  Peter Papps, Esq.
     Bjorn Lange, Esq.
     U. S. Probation
     U. S. Marshal