UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

        v.                  Case No. 08-cr-62-01-SM

<u>Daniel Goldin</u>,
    Defendant

## O R D E R

Defendant Goldin's motion to continue the trial is granted (document no. 12). Trial has been rescheduled for the month of December 2008. Defendant Goldin shall file a waiver of speedy trial rights not later than October 14, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for November 19, 2008 at 3:00 p.m.

Jury selection will take place on December 2, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

October 1, 2008

cc: Bjorn Lange, Esq.
    Peter Papps, AUSA
    U.S. Marshal
    U.S. Probation